## TOOHEY v. LOWELL.

1. **Practice in Supreme Court:** ERROR MUST AFFIRMATIVELY APPEAR. Where the record presented to this court does not affirmatively show error, the judgment appealed from must be affirmed.

*Appeal from Buena Vista District Court.*

FRIDAY, APRIL 23.

ACTION to recover for rent of land. The defendant denied that he owed the plaintiff. He also pleaded a counter-claim.

There was a trial to a jury, and verdict and judgment were rendered for the plaintiff for nine dollars, and the costs of the suit were taxed to the defendant. Afterwards the plaintiff moved to apportion the costs. The court overruled the motion, and the defendant appeals.

*F. B. Gregory,* for appellant.

*Robinson & Milchrist,* for appellee.

ADAMS, CH. J.—The motion was based upon the ground that the plaintiff's demand consisted of more than one item, and he recovered upon only a portion of his demand, and upon the further ground that the plaintiff made unnecessary costs. What the ruling should have been if there had been no counter-claim we need not determine. It seems probable that a part of the costs were made upon the counter-claim, upon which, as we understand, it is conceded that the defendant failed. What costs were made upon the counter-claim the record does not disclose. Nor are we able to determine to what extent, if any, the plaintiff made unnecessary costs. We must presume that the motion to retax was rightly overruled, until it is shown affirmatively otherwise. It is not, we think, so shown, and the judgment is

AFFIRMED.